UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO OLIVERA,<br><br>　　　　　　Defendant. | Case No. 1:96-cr-05255-DAD-1<br><br>**ORDER RE PRO SE MOTION FOR SENTENCE REDUCTION**<br>**(Doc. 99)** |

　　　Defendant has filed a pro se motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) ("Section 3582 Motion"). Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent defendant in this matter. The FDO shall have 90 days from the filing date of this Order to file a supplement to defendant's pro se Section 3582 Motion <u>or</u> to notify the Court that it does not intend to file a supplement to the motion. Thereafter, the government shall have 30 days from the date of the FDO's filing to file a response to defendant's Section 3582 Motion.

IT IS SO ORDERED.

Dated:　**August 17, 2016**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE