AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:96-cr-05255-DAD   Document 108   Filed 11/14/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FRANCISCO OLIVERA | ) | Case No: 1:96CR05255-001 |
| | ) | USM No: 57530-097 |
| Date of Original Judgment: 03/16/1998 | ) | |
| Date of Previous Amended Judgment: | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/18/1998   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   11/14/2016                                    /s/ DALE A. DROZD
                                                              *Judge's signature*

Effective Date:                                              DALE A. DROZD, U.S. District Court Judge
*(if different from order date)*                              *Printed name and title*