1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 1:96-CR-05255 DAD

12                  Plaintiff,             STIPULATION & ORDER
                                           TO TRANSFER SUPERVISED RELEASE
13           v.                            VIOLATION PETITION

14

15 FRANCISCO OLIVERA,

16                  Defendant.

17

18

19     Defendant Francisco Olivera has pending supervised release violation petitions in both Case

20 No. 1:96-CR-05255 DAD (the present case) and Case No. 2:99-CR-0051 GEB. The petitions contain

21 identical allegations based on the same alleged new law violation. In the interest of justice, the parties agree

22 that these identical violation petitions should proceed together before the court at one time. Based on the

23 underlying prior conviction in Case No. 2:99-CR-0051 GEB, the defendant is facing a higher statutory

24 maximum and sentencing guideline range on the supervised release violation alleged in that case.

25     Accordingly, in the interest of justice, the parties stipulate and agree that the present supervised

26 release violation petition in Case No. 1:96-CR-05255 DAD should be transferred to Sacramento to proceed

27 together with Case No. 2:99-CR-0051 GEB.

28

                                               1

IT IS SO STIPULATED.

Dated: March 15, 2019

                                                                    Respectfully Submitted,

                                                                    McGREGOR W. SCOTT
                                                                    United States Attorney

/s/ Reed Grantham
(authorized on 3/15/19)                                  /s/ Kirk E. Sherriff
REED GRANTHAM                                       KIRK E. SHERRIFF
Attorney for defendant Francisco Olivera       Assistant United States Attorney


IT IS SO ORDERED.

Dated: **March 18, 2019**

                                                                   UNITED STATES DISTRICT JUDGE